FILED

JUN -1 2016

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

United States District and Bankruptcy Courts
For the District of Columbia

Estate of Ericson J. Isles
Erica Isles, Personal Representative
14143 Angelton Terrace
Burtonsville, MD 20866
301-775-7959

vs

**Case: 1:16-cv-01028**
**Assigned To : Lamberth, Royce C.**
**Assign. Date : 6/1/2016**
**Description: Pro Se Gen. Civil (F Deck)**

Howard University
Wayne Frederick, M.D.
President
Howard University
2400 Sixth Street, NW
Washington, DC 20059

Carolyn J. Bostick
Vice President of Human Resources and Organizational Effectiveness
Howard University Service Center
2244 10th Street NW, Suite 413
Washington, DC 20059

## COMPLAINT

Ericson John Isles, DOB 7-31-35 passed away on July 24, 2014. He was a pensioner from Howard University through his wife Eleanora Isles who is also deceased. From 2010 until his passing Spousal Life insurance (SPL) was deducted from his pension check. However, I was informed that my Dad's SPL would not be paid out after his passing because Howard University made a "mistake". Howard University reported to me that they did not take out a policy in Mr. Isles' name. My attorney communicated with Howard University from July 2015– May 2016 but was not successful in obtaining a settlement. My attorney has signed off on this case due to Howard University's failure to settle this matter. My communications via multiple emails to various Howard University staff: Dr. Wayne Frederick, Carolyn Bostick, Cynthia Henderson, Attorney Leroy Jenkins who no longer works for Howard University and Attorney Ariana Arnold were not successful in settling this matter.

RECEIVED

JUN -1

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

1

I am requesting $50,000 for the insurance policy. My attorney's fees $503, loss of wages $828 to travel to court on 5-23-16 and 6-1-16 plus any other loss of wages due to court dates, court fees $400 plus any unanticipated court fees. Time for me to address this issue at $50 x 10 hours=$500 from August 2015 to present. I request $52,231 in addition to any other funds that the court determines appropriate and loss of wages for court appearances.

*Erica Isles* (signature)

Erica Isles
Personal Representative for Estate of Ericson J. Isles
14143 Angelton Terrace
Burtonsville, MD 20866

# Life and AD&D Insurance

IF SOMETHING HAPPENS TO YOU, WILL YOUR FAMILY NEED MONEY? LIFE AND ACCIDENT INSURANCE BENEFITS CAN PROVIDE YOU OR YOUR DEPENDENTS WITH SOME INCOME IN THE EVENT OF YOUR DEATH OR ACCIDENTAL INJURY. NOTE: ALL ELIGIBLE RETIREES RECEIVE FREE BASIC LIFE INSURANCE. COVERAGE ILLUSTRATIONS APPLY ONLY TO THOSE WHO RETIRED ON OR AFTER JANUARY 1, 2008.

## BASIC LIFE AND AD&D INSURANCE COVERAGE

This insurance will pay your "beneficiary" a benefit in the event of your death. Howard provides all eligible retirees with free basic life insurance that is equal to your annual base pay (1x) at the time of retirement. The minimum coverage is $50,000 and the maximum coverage is $500,000.

Howard also provides you with free accidental death and dismemberment (AD&D) insurance that is equal to your annual base pay (1x) at the time of your retirement, up to a $500,000 maximum. Examples of accidental injuries covered by this insurance include accidental loss of a limb (arm, leg), ears or sight, or permanent paralysis.

Howard pays the full cost of basic life and AD&D coverage, and you are automatically enrolled if you are eligible.

## IS A BENEFICIARY NECESSARY?

### WHAT IS A BENEFICIARY?

Your beneficiary is who will receive payment from your life insurance and/or AD&D coverage. If you don't name a beneficiary, your benefit will automatically go to your estate.

### DO YOU NEED TO NAME A BENEFICIARY?

Even if you do not purchase optional coverage amounts, you need to name a beneficiary because Howard gives you free basic life insurance and AD&D coverage. Once you name a beneficiary, the designation won't change until you notify us – even if you marry (re-marry) or have a new child. It's your responsibility to change your beneficiary designation as your life or family status changes.

If you purchase optional life insurance for your child or spouse, you are the beneficiary for that plan.

Your coverage will be subject to a reduction schedule.

- If your coverage at the time of retirement equals $50,000, the value will reduce to 75% ($37,500) of the pre-retirement amount on July 1 following age 65 or retirement, whichever is later. The following July 1, the value will reduce to 50% ($25,000) of the pre-retirement amount. There will be no further reduction.
- If your coverage at the time of retirement exceeds $50,000, the value will reduce to 75% of the pre-retirement amount on July 1 following age 65 or retirement, whichever is later. The following July 1, the value will reduce to 50% of the pre-retirement amount and the next July 1 to $25,000. No further reduction will be applied.

## SUPPLEMENTAL LIFE INSURANCE COVERAGE

Supplemental life insurance is available in the following increments:

- **Primary coverage:** Prior to retirement, you may purchase one to five times your annual base pay, up to a $500,000 maximum.
- **Spouse coverage:** Your spouse's coverage amount may not exceed 50% of your basic plus optional employee life insurance coverage (maximum coverage of $50,000).

If you want to continue this coverage during retirement, you pay the full cost for it. The same reduction scheduled under the basic life insurance plan will apply for both optional employee coverage and spouse coverage.

? Contact Sun Life: 1-800-247-6875 or go online to www.sunlife-usa.com.

## 3 Signature

Employers: Keep the signed original copy of this form with the employee's records.

Important: You must sign and date this form for your designation to become effective. Make a copy for your records and return the signed original to your employer.

| Signature of Employee | Date Signed |
|---|---|
| X *(signature)* | 4/7/010 |

### Beneficiary Wording Alternatives

| Proposed Beneficiary(ies) | Suggested Wording |
|---|---|
| 1. Estate | Estate |
| 2. One beneficiary | Martha Doe, wife |
| 3. More than one beneficiary in equal shares | Jane Doe, Mary Doe and Richard Doe, children, or survivor(s) of them, in equal shares. |
| 4. Two beneficiaries, in succession | Primary: Martha Doe, wife; Secondary: Richard Doe, son. *(Richard will only receive proceeds if Martha Doe is not living at the time of the employee's death.)* |
| 5. One beneficiary followed by two beneficiaries in equal shares | Primary: Martha Doe, wife; Secondary: Jane Doe and Mary Doe, children in equal shares, or the survivor of them. *(Jane and Mary will only receive proceeds if Martha Doe is not living at the time of the employee's death.)* |
| 6. More than one Beneficiary in equal shares per descendent order | Jane Doe, Mary Doe and Richard Doe, or the survivor(s) of them, in equal shares. However, if any of my children predecease me and leave issue who survive me, the issue of the deceased child will receive their parents' share in equal shares. |
| 7. One or more minor children | John Smith, as custodian for Jane Doe, a minor, under the Uniform Transfers to Minors Act (UTMA) so that proceeds can be paid before the child reaches the age of majority. |
| 8. To a church or non-profit organization | Name and address of the beneficiary organization. |
| 9. Beneficiaries shown in percentages | John Smith, brother - 40%, or in the event of his death, to my estate; Alan Smith, brother 60%, or in the event of his death, to my estate. |
| 10. Trust under Last Will and Testament | Proceeds to be paid to the Trustee under my Last Will and Testament. |
| 11. Existing Trust | Jane Doe, Trustee of the Doe Family Trust, dated 1/1/2001. |

Please Note: You cannot name your employer as a beneficiary for Group Life Insurance proceeds under the Group Policy.

Dependant Life Insurance benefits are payable to the employee, or the employee's estate if the employee does not survive the dependant.

Sun Life Assurance Company of Canada is not a tax or legal advisor and the above information is provided as general information only. Before making beneficiary designations, you may want to consult with your tax or legal advisor.

# Sun Life Assurance Company of Canada
## Beneficiary Designation



You may use this form to designate who will receive the Group Life Insurance proceeds in the event of your death.

The designations you make on this form replace any prior beneficiary designations.

Designations apply to your Basic as well as any Optional Life Insurance you have under your Group Policy. If you would like different beneficiaries for your Basic and Optional coverages, please indicate that below.

See Page 2 of this form for sample beneficiary designations and more information.

## 1 Employee and employer information

Please print clearly.

| Your name (first, middle initial, last) | Social Security number |
|---|---|
| Ericson J. Isles | 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 |

| Employer's name | Group policy number | Billing group number |
|---|---|---|
| Howard University | 07572 | |

## 2 Beneficiary Designation

For Primary Beneficiaries, indicate who should receive the Group Life Insurance proceeds in the event of your death.

For Secondary (also known as *Contingent*) Beneficiaries, indicate who should receive the Group Life Insurance proceeds in the event that ALL of your Primary Beneficiaries are not living at the time of your death.

Please make your beneficiary designation(s) below. If you need more space, attach another sheet to this form.

You may designate more than one Primary or Secondary Beneficiary. If you do, make sure to indicate the percentage share each should receive. The total within each class (Primary and Secondary) must equal 100%. If you do not specify percentages, surviving beneficiaries within the class will share proceeds equally.

| | Primary Beneficiary(ies) | Social Security Number | Relationship to Employee | % Share of Proceeds* |
|---|---|---|---|---|
| 1. | Name: Erica Isles  Address: | | Daughter | 50% |
| 2. | Name: Adrian Isles  Address: | | Son | 50% |
| 3. | Name:  Address: | | | % |
| 4. | Name:  Address: | | | % |

| | Secondary (Contingent) Beneficiary(ies) | Social Security Number | Relationship to Employee | % Share of Proceeds* |
|---|---|---|---|---|
| 1. | Name:  Address: | | | % |
| 2. | Name:  Address: | | | % |
| 3. | Name:  Address: | | | % |
| 4. | Name:  Address: | | | % |

\* The total within each class (Primary and Secondary) must equal 100%.

*tinued on next page*



HOWARD UNIVERSITY
EMPLOYEE'S RETIREMENT PLAN

2244 10TH ST NW, STE 422
WASHINGTON DC 20059

**IMPORTANT NOTICE**
RETAIN FOR YOUR RECORDS THIS IS **NOT** A CHECK

NAME AND ADDRESS

YEAR TO DATE TAX INFO
TOTAL GROSS         2,028.20
TOTAL TAXABLE       2,028.20
MD                     36.30

ERICSON ISLES          648 0488-1-3-3DGS
2021 POWDER MILL ROAD
SILVER SPRING, MD 20903-1521

## DIRECT DEPOSIT SUMMARY

| ACCOUNT NUMBER | H2U01MB06P3N0H3 | DATE OF CHECK | 07/15/13 |
|---|---|---|---|
| PAYEE NAME | ERICSON ISLES | NET PAYMENT AMOUNT | 143.54 |

| PAYMENTS | CURRENT | YEAR TO DATE | DEDUCTIONS | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| RET PAY | 405.64 | 2,028.20 | STATE TX MD | 7.26 | 36.30 |
|  |  |  | MEDICAL | 192.75 | 963.75 |
|  |  |  | DENTAL | 21.77 | 108.85 |
|  |  |  | SP LIFE | 40.32 | 201.60 |
| TOTAL | 405.64 | 2,028.20 | TOTAL | 262.10 | 1,310.50 |

YOUR PAYMENT HAS BEEN ELECTRONICALLY TRANSMITTED

FOR QUESTIONS ABOUT YOUR BENEFIT DISBURSEMENT PLEASE CONTACT
HOWARD UNIVERSITY AT 202-806-1280 OR HOWARD UNIVERSITY,
2244 10TH ST. NW, STE 422, WASHINGTON DC   20059.

W/H ELECTIONS: FED   NO WITHHOLDING
               STATE FLAT $ -          $7.26

1

# NON-NEGOTIABLE



HOWARD UNIVERSITY
EMPLOYEE'S RETIREMENT PLAN

2244 10TH ST NW, STE 422
WASHINGTON DC 20059

**IMPORTANT NOTICE**
RETAIN FOR YOUR RECORDS THIS IS
**NOT** A CHECK

NAME AND ADDRESS

ERICSON ISLES            615 0355-1-1-3DGS
2021 POWDER MILL ROAD
SILVER SPRING, MD 20903-1521

YEAR TO DATE TAX INFO
TOTAL GROSS         1,216.92
TOTAL TAXABLE       1,216.92
MD                     21.78

## DIRECT DEPOSIT SUMMARY

ACCOUNT NUMBER  H2U01MB06P3N0H3
PAYEE NAME  ERICSON ISLES

DATE OF CHECK        03/15/14
NET PAYMENT AMOUNT     143.54

| PAYMENTS | CURRENT | YEAR TO DATE | DEDUCTIONS | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| RET PAY | 405.64 | 1,216.92 | STATE TX MD | 7.26 | 21.78 |
|  |  |  | MEDICAL | 192.75 | 578.25 |
|  |  |  | DENTAL | 21.77 | 65.31 |
|  |  |  | SP LIFE | 40.32 | 120.96 |
| TOTAL | 405.64 | 1,216.92 | TOTAL | 262.10 | 786.30 |

YOUR PAYMENT HAS BEEN ELECTRONICALLY TRANSMITTED

IMPORTANT NOTICE: YOU WILL RECEIVE A TAX FORM FROM STATE STREET FOR JAN-
MAR 2013 PAYMENTS AND FROM BNY MELLON FOR APR-DEC 2013 PAYMENTS. BOTH
FORMS WILL BE REQUIRED FOR YOUR 2013 TAX FILINGS.
FOR QUESTIONS ABOUT YOUR BENEFIT DISBURSEMENT PLEASE CONTACT
HOWARD UNIVERSITY AT 202-806-1280 OR HOWARD UNIVERSITY, 2244
10TH ST. NW, STE 422, WASHINGTON DC 20059.

W/H ELECTIONS: FED    NO WITHHOLDING
               STATE FLAT $ -         $7.26

# NON-NEGOTIABLE



HOWARD UNIVERSITY
EMPLOYEE'S RETIREMENT PLAN

2244 10TH ST NW, STE 422
WASHINGTON DC 20059

**IMPORTANT NOTICE**
RETAIN FOR YOUR RECORDS THIS IS
**NOT** A CHECK

NAME AND ADDRESS

ERICSON ISLES          652 0701-1-3-3DGS
2021 POWDER MILL ROAD
SILVER SPRING, MD 20903-1521

| YEAR TO DATE TAX INFO | |
|---|---|
| TOTAL GROSS | 2,839.48 |
| TOTAL TAXABLE | 2,839.48 |
| MD | 50.82 |

## DIRECT DEPOSIT SUMMARY

| ACCOUNT NUMBER H2U01MB06P3N0H3 | DATE OF CHECK | 09/15/13 |
|---|---|---|
| PAYEE NAME  ERICSON ISLES | NET PAYMENT AMOUNT | 143.54 |

| PAYMENTS | CURRENT | YEAR TO DATE | DEDUCTIONS | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| RET PAY | 405.64 | 2,839.48 | STATE TX MD | 7.26 | 50.82 |
|  |  |  | MEDICAL | 192.75 | 1,349.25 |
|  |  |  | DENTAL | 21.77 | 152.39 |
|  |  |  | SP LIFE | 40.32 | 282.24 |
| TOTAL | 405.64 | 2,839.48 | TOTAL | 262.10 | 1,834.70 |

YOUR PAYMENT HAS BEEN ELECTRONICALLY TRANSMITTED

FOR QUESTIONS ABOUT YOUR BENEFIT DISBURSEMENT PLEASE CONTACT
HOWARD UNIVERSITY AT 202-806-1280 OR HOWARD UNIVERSITY,
2244 10TH ST. NW, STE 422, WASHINGTON DC  20059.

W/H ELECTIONS: FED   NO WITHHOLDING
               STATE FLAT $ -          $7.26

# NON-NEGOTIABLE

**STATE STREET.**
HOWARD UNIVERSITY
2244 TENTH STREET NW-SUITE 422
WASHINGTON, DC 20059

IF YOUR ADDRESS IS NOT CORRECT
PLEASE PRINT THE CORRECT
ADDRESS ON THE BACK OF THIS
STUB AND RETURN IT TO THE
ADDRESS ABOVE.

AT 01 004292 17662B 14 C**3DGT

ERICSON ISLES
2021 POWDER MILL ROAD
SILVER SPRING MD 20903-1521

| ACCOUNT ID | 1HOWARD-UNIV-UNIV | | | PERIOD BEGINNING: | 08/01/2012 |
|---|---|---|---|---|---|
| PLAN NAME | HOWARD UNIVERSITY EMPLOYEE'S RETIREMENT PLAN | | CORP2 AC002 | PERIOD ENDING: | 08/31/2012 |

### PAYEE INFORMATION

| PAYMENT DATE | CHECK NUMBER | PAYEE SOCIAL SECURITY NUMBER | NET PAYMENT |
|---|---|---|---|
| AUGUST 15, 2012 | | ***-**-**** | 143.54 |

### PAYMENT DETAIL

| PAYMENT SOURCES | Current | Year-to-Date | DEDUCTIONS | Current | Year-to-date |
|---|---|---|---|---|---|
| RET PAY | 405.64 | 3,245.12 | STTAX-MD | 7.26 | 58.08 |
| | | | MEDICAL | 192.75 | 1,542.00 |
| | | | DENTAL | 21.77 | 174.16 |
| | | | SP LIFE | 40.32 | 322.56 |
| **GROSS PAYMENT** | **405.64** | **3,245.12** | **TOTAL DEDUCTIONS** | **262.10** | **2,096.80** |

| DATE | 08/15/2012 | PLAN NAME | HOWARD UNIVERSITY EMPLOYEE'S RETIREMENT PLAN |
|---|---|---|---|

ONE HUNDRED FORTY-THREE DOLLARS 54 CENTS

**ERICSON ISLES**
2021 POWDER MILL ROAD
SILVER SPRING MD 20903

| AMOUNT |
|---|
| $*******143.54 |

ACCOUNT ID

**STATE STREET.**
BOSTON, MASSACHUSETTS 02101

1HOWARD-UNIV-UNIV

### ADVICE OF DEPOSIT NON-NEGOTIABLE

# Sun Life Assurance Company of Canada
# Death Benefits Claim Packet



**Instructions for the Plan Administrator**

In the event of the death of an insured employee or dependent, please follow these steps as soon as you receive notice of death:

1. Complete the Employer's section of this claim packet and collect the following:
   - ☐ a copy of any and all enrollment forms
   - ☐ a copy of beneficiary designation on file
   - ☐ an original certified death certificate
   - ☐ the most recent payroll record for one full pay period prior to the employee's last day

2. Provide the beneficiary with the Claimant's section of this claim packet. Instruct him or her to complete and sign the form and return it to the Employer along with the original certified death certificate.

3. If this is an Accidental Death, please have the Employer or Beneficiary submit:
   - ☐ an original police report
   - ☐ an original autopsy report
   - ☐ an original toxicology report
   
   If there is no autopsy or toxicology report done, please send verification from the coroner, medical examiner or admitting hospital.

4. **Collect all completed sections and additional required information and submit the entire packet to the address below.**

   Sun Life Assurance Company of Canada
   Group Life Claims, SC 4375
   One Sun Life Executive Park
   Wellesley Hills, MA 02481
   Tel: 1-800-247-6875

**Failure to provide complete and accurate information could result in the need for additional claims investigation which could delay the initial benefit payment.**

## Fraud Warnings

State law requires that we notify you of the following:

**Fraud Warning:** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Fraud Warning – AR, DC, KY, LA, MA, MN, NM, TX and WV:** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Fraud Warning – AK:** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete, or misleading information may be prosecuted under state law.

**Fraud Warning – AZ:** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

**Fraud Warning – CA:** For your protection California law requires the following to appear on this form. Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Fraud Warning – CO:** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Fraud Warning – FL:** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or an application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Fraud Warning – IN, ID, and DE:** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**Fraud Warning – MD:** Any person who knowingly and willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly and willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Fraud Warning – ME, TN, VA and WA:** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company. Penalties include imprisonment, fines and denial of insurance benefits.

**Fraud Warning – NH:** Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

## Fraud Warnings continued

**Fraud Warning – NJ:** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**Fraud Warning – OH:** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Fraud Warning – OK:** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Fraud Warning – OR:** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement may have violated state law.

**Fraud Warning – PA:** Any person who knowingly and with intent to defraud any insurance company or any other person files a claim for insurance, containing any materially false information, or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Fraud Warning – VT:** Any person who knowingly presents a false statement in an application for insurance may be guilty of a criminal offense and subject to penalties under state law.